UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS a/k/a NERRAH BROWN,<br><br>            Petitioner,<br><br>      v.<br><br>GREGORY J. AHERN, Sheriff,<br><br>            Respondent.                      / | No. C 12-543 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he is ever convicted or committed to a state mental hospital.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 4, 2012

　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge