UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS a/k/a NERRAH BROWN,<br><br>Petitioner,<br><br>v.<br><br>GREGORY J. AHERN, Sheriff,<br><br>Respondent. | No. C 12-543 SI (pr)<br><br>**ORDER** |

Petitioner's request for reconsideration of dismissal order is DENIED. (Docket # 20.)

Petitioner's renewed request for a stay of state court proceedings is DENIED. (Docket # 21.)

Petitioner's request for a certificate of appealability is DENIED. (Docket # 22.) This is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural [rulings]" in the Order Of Dismissal or in this order. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c). The denial of the certificate of appealability is without prejudice to petitioner seeking a certificate from the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: June 21, 2012

SUSAN ILLSTON
United States District Judge