FILED

UNITED STATES COURT OF APPEALS

AUG 22 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEENAN G. WILKINS, AKA Nerrah Brown,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>GREGORY J. AHERN,<br><br>    Respondent - Appellee. | No. 12-16435<br><br>D.C. No. 3:12-cv-00543-SI<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: SCHROEDER and McKEOWN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied as moot.

The Clerk is directed to send appellant a copy of this court's decision in *Brown v. Ahern,* 676 F.3d 899 (9th Cir. 2012).

No motions for reconsideration or any other further filings shall be accepted in this closed case.